# IN THE UNIDTED STATES DISTRCIT COURT FOR THE DISTRICT OF NEBRASKA

## PRO SE CIVIL COMPLAINT

Case No. 8:14CV24

**I.   CASE CAPTION:**      **Parties to this Civil Action:**

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a clam against any defendant who is not listed in the caption.

A.   Plaintiff(s) Name(s):          Address(es):          Telephone No. (only if you are NOT a prisoner)

Charles Garten # 6481579          2700 Coral Ridge Avenue, Coralville, IA 52241

B.  Defendant(s) Name(s):          Address(es) If Known:

Sharon Ott, Keith County CASA,          P.O. Box 385, Ogallala, NE 69153

Department of Health and Human Services,          201 E. 5th Street, Ogallala, NE 69153

Yuri Manzanares, DHHS, Case Worker          201 E. 5th Street, Ogallala, NE 69153

Keith County Attorney's Office          Ogallala, NE

Randy Fair, Keith County Attorney          Ogallala, NE

Dave Kling, Chief of Police Ogallala          401 E. 2nd Street, Ogallala, NE 69153

Kristi Hilliard, Guardian Ad-Litem Keith County Nebraska

Mary Cumming, Department of Human and Health Services          Ogallala, NE

Edward Steenburg, Judge,

Ogallala County Courthouse          511 N. Spruce Street, Ogallala, NE 69153

RECEIVED

OCT 0 9 2014

CLERK
U.S. DISTRICT COURT
OMAHA

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. **When** did the events occur?

Multiple times, during each court date concerning juvenile case number JV13-22 beginning in May 2013 and continuing to current date.

B. **What** happened?

I was informed by United States Postal Service that my daughter had been removed from the home of my ex-wife (Sabrina Heffley) by the Ogallala Police Department and the Department of Human and Health Services. There was a hearing date set for June 4, 2013 in the matter of my daughters' situation. I was able to attend the hearing via telephone as I am currently incarcerated in the Iowa Medical and Classification Center (IMCC) in Coralville, Iowa. At the end of the hearing in which I was named a defendant in this matter, I informed the Judge, Edward Steenburg, that I have a current, valid standing court order from Colorado, stating that I am allowed to write to my daughter. I asked for the address to write to my daughter and Ms. Sharon Ott told the Judge to have me write to my daughter in care of her at the P.O. Box given above and that Ms. Ott would make sure that my daughter got my letters. I did as I was told to and wrote to my daughter. I never received a reply from my daughter until I wrote many letters to Ms. Ott requesting an update on my daughter receiving my letters. I did not receive a reply from Ms. Ott. I asked my attorney (court appointed), Joel B. Jay, Chappell, NE about my letters getting to my daughter.

## II. STATEMENT OF CLAM(S) (continued)

Mr. Jay was told on many different occasions that my letters were getting to my daughter. This later was found false as the letters were being given to Mary Cumming, and Ms. Cumming was not giving my letters to my daughter. I finally asked about whom I would file against in order for my daughter to get her mail. I then received a letter from my daughter dated August 22, 2013 and have not received any other letters from her since. I received some paper work from Mr. Jay written by Mary Cumming and it says Kali, my daughter, wrote her father an introductory letter, when I informed the mother, Sabrina Heffley, about this she (Sabrina) told me to not allow Kali to write to her father. I feel there is more than I'm being told about what is going on with this and since have not allowed Kali to write her father. Ms. Cumming has knowledge of the court order from Colorado as she has admitted. I sent a copy to the Keith County Courts, the courts acknowledge having the court order. The counselor having prior knowledge of the standing court order has willfully and knowingly violated this court order by not allowing my daughter to write to me and by not giving my letters to Kali. ( I believe the withholding of mail is mail theft, as the letters are not addressed to Mary Cumming) The Judge, Edward Steenburg, has refused to enforce the Colorado Court order therefore denying me my legal right to contact my daughter by court order. All parties involved have never given me a valid reason for the denial. (Judge Steenburg, Mary Cumming, Sharon Ott, Yuri Manzanares, Kristi Hilliard, None of them can nor have given me a valid reason for not allowing me to receive my letters).

## II. STATEMENT OF CLAIM(S) (continued)

I have written to Yuri Manzanares requesting a reason for my denial and have never received a reply form her on any matter. I have written to the DHHS office in Lincoln, NE requesting removal of Ms. Yuri Manzanares, I am awaiting a reply from DHHS. Judge Steenburg has denied my request for paperwork to file in his courts, copies of the hearing transcripts, and paperwork to file against my ex-wife Sabrina for contempt of court. Judge Steenburg told me in January 2014 if I want a Colorado Court order enforced, I have to have Colorado enforce it. I was also told any paperwork I want I can get from the Supreme Court Web-site. As a named defendant I am allowed copies of all the evidence, reports, records, video, audio, and or written. I have been denied all of the evidence, recordings, reports, and updates as of the date of this amended civil complaint. As an inmate, I have no Internet access to the Supreme Court Web-site. Therefore Judge Edward Steenburg is denying me access to the courts and court documentation I have requested. My attorney of record, Joel B. Jay, has been limited to only getting me information concerning my daughter (if the judge allows it). I have written to Randy Fair, Keith County Attorney, requesting copies of the evidence in this case and the county attorney's office has never responded to my requests. I have written to Chief Dave Kling of the Ogallala Police Department asking for copies of the police reports and I never received a reply from the police department on my requests.

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

_____ United States or federal official or agency is a party

_____ Claim arises under the Constitution, laws or treaties of the United States

_____ Violation of civil rights

_____ Employment discrimination

_____ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

_X_ Other Basis for jurisdiction in federal court (explain below

As the Keith County Courts and Judge Steenburg have denied my right by Court Order from Colorado and have denied all of my requests, Keith County is bias against me and therefore Federal Court is my only option for justice. I feel with all of these denials, the Court and judge are bias against me along with the fact Judge Edward Steenburg was the Judge in my ex-wife's' criminal case.

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do you do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claims arise in Nebraska?

All named defendants reside in Nebraska. Department of Human and Health Services and Mary Cumming, Yuri Manzanares, are entities/employees of the State of Nebraska. Sharon Ott, Keith County Attorney's Office, Randy Fair, Kristi Hilliard, Chief of Police Dave Kling, and Judge Edward Steenburg are employed in official capacity in the State of Nebraska.

## V. Relief

State briefly what you want the court to do for you.

Requesting a Federal Court order enforcing the Colorado Court Order. Fines imposed on defendants for contempt of court and refusal to grant access to courts and paperwork. Request punitive damages against defendants for mental anguish and undo stress, pain and suffering that I am enduring by being denied court ordered access to correspond with my daughter. Investigate each defendant as to why they willingly and knowingly refuse to follow a court order and allow a father and child to correspond with each other.

## VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A. Have the claims, which you make in this civil action, been presented through any type of administrative procedure within any state or federal government agency?

Yes_____          No___X____

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

C. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

Only filed in the Unites States District Court, as I know of no other avenue to seek justice in this matter.

## VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (CHECK ONE):

JURY_____          JUDGE____X____

## VIII. VERIFICATION

I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(S) Executed:
10/06/14

Signature(s) of Plaintiff(s):
Charles Garten

Note: IF YOU CAN NOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPRATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS. Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, each plaintiff must submit a separate application to proceed in forma pauperis.

CHARLES GARTEN 6481579
IMCC
2700 CORAL RIDGE AVENUE
CORALVILLE, IOWA
          52241



RECEIVED

OCT 0 9 2014

CLERK
U.S. DISTRICT COURT
OMAHA

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROMAN L. HRUSKA U.S. COURTHOUSE
111 S. 18th PLAZA
SUITE 1152
OMAHA, NEBRASKA
          68102